Jennifer Pafiti, Esq. (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (818) 532-6499
Facsimile: 917-463-1044
Email: jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. SCHMIDT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN STAR RESOURCES LTD., et al,<br><br>Defendants. | Case No: 2:20-cv-4701-PA-MRW<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Notice of Voluntary Dismissal:  Case No: 2:20-cv-4701-PA-MRW

1  WHEREAS, no defendant in the above-captioned action *Schmidt v. Golden Star Resources, Ltd., et al.*, 2:20-cv-4701-PA-MRW, brought before the United States District Court for the Central District of California, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiff James F. Schmidt hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

DATED: September 14, 2020          Respectfully Submitted,

**POMERANTZ LLP**

/s/ Cara David
Cara David (admitted *pro hac vice)*
Email: cdavid@pomlaw.com
600 3rd Avenue, 20th Floor
New York, NY 10165
Telephone: (212) 661-1100
Facsimile: (212) 697-7296

Jennifer Pafiti, Esq. (SBN 282790)
Email: jpafiti@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (818) 532-6499


**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(admitted *pro hac vice*)
Email: peretz@bgandg.com
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484

- 2 –
Notice of Voluntary Dismissal:  Case No: 2:20-cv-4701-PA-MRW

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 14, 2020            /s/ *Cara David*
                                            Cara David